PROB 12C
(6/16)

Report Date: May 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 07, 2019**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Steven Douglas Hulme | | Case Number: 0980 2:18CR00141-SAB-1 |
| Address of Offender: | Spokane, Washington 99223 | |

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 22, 2018

| | | |
|---|---|---|
| Original Offense: | Theft, 18 U.S.C. § 661 | |
| Original Sentence: | Prison - 2 days<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 22, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 21, 2019 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state of local crime.<br><br>**Supporting Evidence**: On April 30, 2019, Mr. Hulme was in direct violation of mandatory condition number 1 by being arrested and charged with second degree theft and first degree trafficking of stolen property, both felony charges.<br><br>On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.<br><br>A review of the statement of investigating officer affidavit of facts (report number 2019-84003003) revealed the following information. On April 30, 2019, Mr. Hulme was at the Spokane Tribal Casino and stole a cell phone from a victim that was inside the casino.<br><br>Video surveillance followed Mr. Hulme and noticed he got into an Ink'd General Contracting truck. This is the business that his father owns. Police contacted his father and he informed them the individual in question was his son. Mr. Hulme's father stated he would have his son call the police back. Mr. Hulme contacted the police and informed them he did not have the phone. |

Prob12C
**Re: Hulme, Steven Douglas**
May 6, 2019
Page 2

> At first, Mr. Hulme lied to the police by saying he threw the phone out the window. He finally admitted to taking the stolen phone to a Wal-Mart phone dropbox where he received $60 dollars for it.
>
> His next court date is on May 14, 2019, in Spokane County Superior Court.

2   **Mandatory Condition #3:** You shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests per month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

> **Supporting Evidence**: On May 2, 2019, Mr. Hulme admitted to using methamphetamine.
>
> On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.
>
> Due to the above-referenced charges, Mr. Hulme was directed to report to the U.S. Probation Office on May 2, 2019. At first, he stated he had not used illegal drugs. After further conversation, Mr. Hulme decided to tell the truth and disclosed he had been using methamphetamine off and on for the past 3 months. He signed a drug use admission form for this use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/06/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

05/07/2019

Date