PROB 12C
(6/16)

Report Date: July 30, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Douglas Hulme | Case Number: 0980 2:18CR00141-SAB-1 |
| Address of Offender: | Spokane, Washington 99223 |

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 22, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Theft, 18 U.S.C. § 661 | | |
| Original Sentence: | Prison - 2 days<br>TSR - 12 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | May 22, 2018 |
| Defense Attorney: | Colin G. Prince | Date Supervision to have Expired: | May 21, 2019 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/06/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3:** You shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests per month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.<br><br>**Supporting Evidence**: Mr. Hulme was in direct violation of mandatory condition number 3 by testing positive for methamphetamine on July 17, 2019.<br><br>On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.<br><br>On July 18, 2019, the undersigned probation officer received information that Mr. Hulme had tested presumptive positive for methamphetamine on July 17, 2019. It should be noted, Mr. Hulme signed a denial form stating he had not used methamphetamine. The urine sample was sent to Alere Toxicology Laboratory for further analysis. |

Prob12C
**Re: Hulme, Steven Douglas**
**July 30, 2019**
**Page 2**

On July 22, 2019, the lab results returned as confirmed positive use of methamphetamine. Mr. Hulme was informed of the lab results and he continued to deny any methamphetamine use. The undersigned officer directed him to report to the U.S. Probation Office on July 24, 2019.

Mr. Hulme reported as directed and stated "he may have taken some cold medicine that looked like methamphetamine." He signed a drug use admission form stating he had taken the substance on July 17, 2019.

4   **Mandatory Condition #3:** You shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests per month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: Mr. Hulme was in direct violation of mandatory condition number 3 by testing positive for methamphetamine on July 24, 2019.

On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.

On July 24, 2019, Mr. Hulme supplied a urine sample at the U.S. Probation Office. The sample tested presumptive positive for methamphetamine. Mr. Hulme again denied this use, and the sample was sent Alere Toxicology Laboratory for further testing.

On July 29, 2019, Mr. Hulme reported to the U.S. Probation Office. He disclosed he had been lying to the undersigned officer and that he had a drug issue. He signed a drug use admission form stating he used methamphetamine on July 21, 2019.

5   **Mandatory Condition #3:** You shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests per month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: Mr. Hulme was in direct violation of mandatory condition number 3 by testing positive for morphine on July 24, 2019.

On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.

On July 24, 2019, Mr. Hulme supplied a urine sample at the U.S. Probation Office. The sample tested presumptive positive for morphine. Mr. Hulme denied use, and the sample was sent to Alere Toxicology Laboratory for further testing.

On July 29, 2019, Mr. Hulme reported to the U.S. Probation Office. He disclosed he had been lying to the undersigned officer and that he had a drug issue. He signed a drug use admission form stating he used morphine on July 21, 2019.

Prob12C
**Re: Hulme, Steven Douglas**
July 30, 2019
Page 3

| | | |
|---|---|---|
| | 6 | **Mandatory Condition #3:** You shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests per month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: Mr. Hulme was in direct violation of mandatory condition number 3 by using methamphetamine on July 27, 2019.

On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.

On July 29, 2019, Mr. Hulme stated that he wanted to be honest with this officer and that his last use of methamphetamine was on July 27, 2019. He signed a drug use admission form reflecting this.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/30/2019

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

07/31/2019
Date