Report Date: November 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Douglas Hulme     Case Number: 0980 2:18CR00141-SAB-1

Address of Offender:     Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 22, 2018

| | | |
|---|---|---|
| Original Offense: | Theft, 18 U.S.C. § 661 | |
| Original Sentence: | Prison - 2 days<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: May 22, 2018 |
| Defense Attorney: | Colin G. Prince | Date Supervision to have Expired: May 21, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/06/2019, and 07/30/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3:** You shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests per month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.<br><br>**Supporting Evidence**: Mr. Hulme was in direct violation of mandatory condition number 3 by failing to report for urine testing on October 25, 2019.<br><br>On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.<br><br>Due to Mr. Hulme's continued drug use, he participates in the phase urinalysis testing program. He was instructed to call each day and listen for the color BROWN 1. If the color BROWN 1 was called, he had from 7 a.m. to 7 p.m. to supply a urine sample. |

      On October 25, 2019, the color BROWN 1 was called and Mr. Hulme failed to report as directed to Pioneer Human Services to supply a urine sample.

8   **Mandatory Condition #3:** You shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests per month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

    **Supporting Evidence**: On October 29, 2019, Mr. Hulme was in direct violation of mandatory condition number 3 by self-disclosing he had used methamphetamine and Fentanyl. He later reported that it was not Fentanyl, but instead Flexeril.

    On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.

    Due to Mr. Hulme missing his urine sample on October 25, 2019, he was directed to repot to the United States Probation Office on October 28, 2019. Mr. Hulme later informed this officer that he was unable to make it into the office on October 28, 2019, due to car issues. He was then instructed to report to the U.S. Probation Office on October 29, 2019.

    On October 29, 2019, he reported to the United States Probation Office and the duty officer attempted to collect a urine sample. Mr. Hulme stated that he was having difficulty supplying a sample, he would be positive for methamphetamine and that he also smoked Fentanyl. He signed a drug use admission form reflecting his use of both substances on or about October 27, 2019.

    On October 30, 2019, Mr. Hulme called the undersigned officer after having a conversation with his chemical dependency counselor. He stated that it was not Fentanyl that he consumed, but instead was Flexeril, which is a muscle relaxer. It should be noted that both are prescription medications and Mr. Hulme is not prescribed either.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/01/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

- [ ]   No Action
- [ ]   The Issuance of a Warrant
- [ ]   The Issuance of a Summons
- [X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X]   Defendant to appear before the Judge assigned to the case.
- [ ]   Defendant to appear before the Magistrate Judge.
- [ ]   Other

_____
Signature of Judicial Officer

11/08/2019
_____
Date