PROB 12C
(6/16)

Report Date: January 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Douglas Hulme | Case Number: 0980 2:18CR00141-SAB-1 |
| Address of Offender: | Washington 99223 |

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 22, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Theft, 18 U.S.C. § 661 | | |
| Original Sentence: | Prison - 2 days<br>TSR - 12 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | May 22, 2018 |
| Defense Attorney: | Houston Goddard | Date Supervision to have Expired: | May 21, 2019 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/06/2019, 07/30/2019 and 11/01/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: On January 24, 2020, Mr. Hulme was in direct violation of standard condition number 3 by entering into the District of Idaho without the permission of the Court or the probation officer.<br><br>On June 4, 2018, Mr. Hulme was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood the conditions.<br><br>On January 24, 2020, Mr. Hulme was stopped for speeding while in the District of Idaho. The officer ran his name and noticed he had an active Spokane County Superior Court warrant for second degree theft and first degree stolen property trafficking (19-1-01614-1). |

Prob12C
Re: Hulme, Steven Douglas
January 28, 2020
Page 2

Mr. Hulme is currently detained in the Nez Perce County Jail. On January 27, 2020, the undersigned officer spoke to Mr. Hulme's girlfriend who attended his initial appearance in Idaho and she reported he will remain detained and transported back to Spokane, Washington. There is currently no set date for Mr. Hulme to be returned to our district.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/28/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

01/28/2020
Date